UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TAMMY HENSLEE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10CV1653-DJS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on November 18, 2010, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #13] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to reverse and remand [Doc. #11] is granted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and this cause is remanded to the Commissioner for further proceedings pursuant to sentence four of § 405(g) for those reasons set forth in the magistrate judge's report and recommendation.

Dated this  3rd  day of December, 2010.

                                    /s/ Donald J. Stohr
                                UNITED STATES DISTRICT JUDGE